# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:
JOHN JOSEPH PIAZZA, JR.,            Case No. 8:21-bk-05033-CPM
       Debtor.                            Chapter 7
_____/

MARY IDA TOWNSON,
United States Trustee for Region 21,
       Plaintiff,
v.                                               Adv. No. 22-ap-00267-CPM

JOHN JOSEPH PIAZZA, JR.,
       Defendant.
_____/

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as incorporated in adversary proceedings by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the parties to the above-captioned adversary proceeding (the "Adversary Proceeding") stipulate and agree that the Adversary Proceeding shall be dismissed without prejudice.

Dated: September 26, 2024.

Respectfully submitted:

| ATTORNEY FOR JOHN JOSEPH PIAZZA | ATTORNEY FOR THE UNITED STATES TRUSTEE Region 21 |
|---|---|
| /s/ Jonathan A. Semach | /s/ Nicole Peair |
| Jonathan A. Semach, Esq. | Nicole Peair Esq. |
| Buddy D. Ford, P.A. | Trial Attorney |
| 9301 West Hillsborough | Office of the United States Trustee |
| Tampa, FL 33615 | 501 E. Polk Street, Suite 1200 |
| Tel: 813-877-4669 | Tampa, Florida 33602 |
| Fax: 813-877-5543 | (813)228-2000/ fax: (813)228-2303 |
| jonathan@tampaesq.com | nicole.w.peair@usdoj.gov |
| Fla. Bar No.: 0060071 | LA. Bar No.: 33477 |

Filer's Attestation: Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Nicole Peair, attorney for the United States Trustee for Region 21, attests that concurrence in the filing of this paper has been obtained.